**STATE of Missouri, Respondent,**

v.

**Ray CARTWRIGHT, Appellant.**

**No. WD 35345.**

Missouri Court of Appeals,
Western District.

Dec. 11, 1984.

Bruce W. Simon, Simon & Simon, Kansas City, for appellant.

.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before PRITCHARD, P.J., and SHANGLER and BERREY, JJ.

### ORDER

PER CURIAM:

Appeal from conviction for passing a "no account" bad check, Section 570.120, RSMo 1978, and sentence of two years imprisonment.

Judgment is affirmed. Rule 30.25(b).